CHARLEY DAVIS v. STATE.

No. A-8721.   Jan. 25, 1935.
(40 Pac. [2d] 1118.)

Bruce B. Potter and J. H. Hill, for plaintiff in error.

J. Berry King, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for the State.

DAVENPORT, P. J.   The plaintiff in error, hereinafter called the defendant, was convicted of harboring a fugitive from justice and a person seeking to escape arrest for felonies committed within this state, and was sentenced to imprisonment in the state penitentiary for a term of five years.

The record in this case was filed in this court on April 19, 1934; no brief has been filed in support of the defendant's assignment of errors. A careful examination of the record discloses no fundamental error. The evidence is sufficient to support the verdict of the jury.

The case is therefore affirmed.

EDWARDS and DOYLE, JJ., concur.